FILED'09 JUN 30 16:49 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

APPLETON PICKETT,

      Plaintiff,

  v.

MAX WILLIAMS, et al.,

      Defendants.

Civil No. 09-689-TC

ORDER

HOGAN, District Judge.

    Plaintiff's "Order to show cause for preliminary injunction and temporary restraining order" is denied on the ground that plaintiff has not established the requisite "irreducible minimum," that he has a fair chance of success on the merits. <u>Stanley v. University of Southern California</u>, 13 F.3d 1313, 1319 (9th Cir. 1994), quoting <u>Martin v. International Olympic Committee</u>, 740 F.2d 670, 674-675 (9th Cir. 1994); <u>Committee of Cent. American Refugees v. I.N.S.</u>, 795 F.2d 1434, 1437 (9th Cir. 1986); <u>see also</u> <u>Lancor v. Lebanon Housing Authority</u>, 760 F.2d 361, 362 (1st Cir.

1 - ORDER

1985)(the probability of success on the merits is the critical standard in determining the propriety of preliminary relief).

IT IS SO ORDERED.

DATED this 30th day of June, 2009.

_____
Michael R. Hogan
United States District Judge

2 - ORDER