IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

APPLETON PICKETT,

    Plaintiff,

vs.

MAX WILLIAMS, et al.,

    Defendants.

O R D E R
Civ. No. 09-689-TC

AIKEN, Chief Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on August 23, 2011. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); McDonnell Douglas Corp. v. Commodore

1 - ORDER

Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff timely filed objections (doc. 102) and then filed additional objections (doc. 105), both of which were considered by this court. I have given the file of this case a de novo review. In conclusion, I ADOPT the Magistrate's Findings and Recommendation (doc. 98) that plaintiff's motion for summary judgment (doc. 48) is denied, and defendants' cross motion for summary judgment (doc. 72) is granted. This case is dismissed and all pending motions are denied as moot.

IT IS SO ORDERED.

Dated this 12 day of October 2011.

_____
Ann Aiken
United States District Judge

2 - ORDER